UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

Misty Mountain Farm, LLC,   )   Chapter 12
                            )   Bk. No. 15-11447-BAH
        Debtor              )
                            )

STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, Avril K. Davis, declare under penalty of perjury that I am a member of Misty Mountain Farm, LLC, a Limited Liability Company, and that on July 1, 2005, the following resolution was duly adopted by the membership of this LLC:

"Whereas, it is in the best interest of this LLC to file a voluntary petition in the United State Bankruptcy Court pursuant to Chapter 12 of Title 11 of the United States Code;

Be It Therefore Resolved, that Avril K. Davis, a member of this LLC, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 12 voluntary bankruptcy case on behalf of the LLC; and

Be It Further Resolved, that Avril K. Davis, member of this Corporation, is authorized and directed to appear in all bankruptcy proceedings on behalf of the LLC, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the LLC in connection with such bankruptcy case; and

Be It Further Resolved, that Avril K. Davis, member of this LLC, is authorized and directed to employ Leonard G. Deming, II, attorney and the law firm of Deming Law Office to represent the LLC in such bankruptcy case."

Respectfully submitted,
MISTY MOUNTAIN FARM, LLC

Date:  September 10, 2015          By: /s/ Avril K. Davis
                                   Member, Duly Authorized

1