UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| In re ) | |
|    Misty Mountain Farm, LLC, ) | Chapter 12 |
| ) | Bk. No. 15-11447-BAH |
|        Debtor ) | |
| ) | |

ORDER EXTENDING TIME TO FILE
CHAPTER 12 PLAN

The *ex parte* Motion to Extend Time To File Chapter 12 Plan having been considered,

IT IS ORDERED that the time for filing the Chapter 12 Plan in the above-captioned case is hereby extended to January 11, 2016.  No further extensions will be granted on an ex parte basis without the assent of the Chapter 12 Trustee.

BY THE COURT

/s/ Bruce A. Harwood

Date:  January 06, 2016

Bruce A. Harwood
Chief Bankruptcy Judge