United States Bankruptcy Court
District of New Hampshire

In re:
Misty Mountain Farm LLC
    Debtor

Case No. 15-11447-BAH
Chapter 12

## CERTIFICATE OF NOTICE

District/off: 0102-1     User: jtp     Page 1 of 1     Date Rcvd: Jan 06, 2016
                           Form ID: pdf965     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 08, 2016.
db         +Misty Mountain Farm LLC,    670 Town House Road,    Effingham, NH 03882-8533

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 08, 2016                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 6, 2016 at the address(es) listed below:
           Geraldine    Karonis    on behalf of U.S. Trustee    Office of the U.S. Trustee
            Geraldine.L.Karonis@usdoj.gov
           Lawrence P. Sumski     SumskiCh13@gmail.com
           Leonard G. Deming, II    on behalf of Debtor    Misty Mountain Farm LLC deminglaw@aol.com,
            deminglaw@comcast.net;deminglaw@gmail.com
           Michael T. McCormack    on behalf of Creditor    U.S. Dept. of Agriculture, Farm Service Agency
            michael.mccormack2@usdoj.gov,
            faye.guilmette@usdoj.gov;joanie.hederman@usdoj.gov;usanh.ecfcivil@usdoj.gov;francine.conrad@usdoj.gov
           Office of the U.S. Trustee    USTPRegion01.MR.ECF@usdoj.gov
                                                                                                       TOTAL: 5

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| In re ) | |
|    Misty Mountain Farm, LLC, ) | Chapter 12 |
| ) | Bk. No. 15-11447-BAH |
|            Debtor ) | |
| ) | |

ORDER EXTENDING TIME TO FILE
CHAPTER 12 PLAN

The *ex parte* Motion to Extend Time To File Chapter 12 Plan having been considered,

IT IS ORDERED that the time for filing the Chapter 12 Plan in the above-captioned case is hereby extended to January 11, 2016.  No further extensions will be granted on an ex parte basis without the assent of the Chapter 12 Trustee.

BY THE COURT

/s/ Bruce A. Harwood

Date:  January 06, 2016

Bruce A. Harwood
Chief Bankruptcy Judge