UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| In re )<br>   Misty Mountain Farm, LLC, )<br>)<br>       Debtor )<br>) | Bk. No. 15-11447-BAH<br>Chapter 12 |

## ORDER ON APPLICATION OF COUNSEL FOR THE DEBTOR FOR FINAL FEES AND REIMBURSEMENT OF EXPENSES

UPON CONSIDERATION of the Application of Debtor's Counsel for Final Fees and Reimbursement of Expenses filed by the debtor's legal counsel Leonard Deming Esquire (Deming Law Office) in the above-captioned matter and after opportunity for a hearing, and in consideration of the premises, it is

ORDERED AND ADJUDGED:

Counsel for Debtor Leonard Deming (Deming Law Office) shall be allowed Final Fees for the Application Period (May 27, 2015 through March 15, 2021) in the amount of Twenty-one Thousand Eight Hundred Thirty-five and 00/100 Dollars ($21, 835.00) and authorization for reimbursement of expenses in the amount of Forty-two and 54/100 Dollars ($42.54). After application of the Debtor's retainer in the amount of Five Thousand Fifty-five Dollars ($5,055.00) previously paid and credited to the Debtor, interim allowance payments through the plan, and payments made directly by the Debtor in the amount of Sixteen Thousand Eight Hundred Thirty-six and 74/100 Dollars ($16,836.74), Deming Law Office is allowed a net payment of compensation and expenses in the amount of Five Thousand Seven Forty and 80/100 Dollars ($5,040.80).

BY THE COURT

April 15, 2021               /s/ Bruce A. Harwood
Date                                Bruce A. Harwood
                                         Chief Bankruptcy Judge