# UNITED STATES BANKRUPTCY COURT

District of New Hampshire
55 Pleasant Street
Room 200
Concord, NH 03301−3941

---

In re:                                                    Bk. No. 15−11447−BAH
                                                          Chapter 12
Misty Mountain Farm LLC
        Debtor

---

### ORDER CLOSING CASE

It appears from the records of the Court that the estate of the above−named debtor has been fully administered.

IT IS ORDERED THAT:

The Trustee is discharged as trustee of the estate of the above−named debtor and the bond is cancelled.

The chapter 12 case of the above−named debtor is closed.

        ENTERED at Concord, New Hampshire.

Date: May 3, 2021                                         /s/ Bruce A. Harwood
                                                          Bruce A. Harwood
                                                          Chief Bankruptcy Judge

Form GTotocloscstmp−136